PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>JOHN MURDOCK,<br><br>                      Defendant. | CASE NO. 2:16-PO-00437-AC<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO CONVERT CURRENT TRIAL DATE TO A STATUS CONFERENCE AND ARRAIGNMENT<br><br>DATE: March 13, 2017<br>TIME:  9:00 a.m.<br>COURT: Hon. Allison Claire |

ORDER

It is hereby ordered that the trial date of March 13, 2017 is vacated and that an arraignment concerning Counts Three and Four of the Superseding Information and a status conference is scheduled for March 13, 2017 at 9:00 a.m.

IT IS SO ORDERED this 7th day of March, 2017.

*[signature: Allison Claire]*

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE