UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00437-AC |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | ) ) | |
| JOHN D. MURDOCK, | ) ) | |
| Defendant. | ) ) ) | |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on April 23, 2018, at 9:00 a.m. to show cause why the probation granted on September 5, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

Order to Show Cause 1 U.S. v. John D. Murdock

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on April 23, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE