UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN D. MURDOCK,

Defendant.

Case No. 2:16-po-00437-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN D. MURDOCK__, Case No. __2:16-po-00437-AC__ Charge __18 USC § 3563__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

  __X__ (Other): __TIME SERVED__

Issued at Sacramento, California on February 22, 2019 at __2:55 pm__

By: _____
Magistrate Judge Carolyn K. Delaney